IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OCTAVIO ENRIQUEZ CUEVAS,<br><br>Defendant. | 4:17CR3119<br><br>ORDER |

The defendant has filed a motion seeking a reduction in sentence. For the reasons articulated by the government (Filing 40),

IT IS ORDERED that the defendant's motion to reduce sentence (Filing 39) is denied.

Dated this 7th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge